264 April 1, 2026 No. 275

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

Derrick MOSLEY,
aka Derrick Michael Mosley,
*Plaintiff-Respondent,*

*v.*

OREGON STATE HOSPITAL,
*Defendant-Appellant.*

Washington County Circuit Court
24CN05224; A187393 (Control)

Derrick Michael MOSLEY,
*Plaintiff-Respondent,*

*v.*

OREGON HEALTH AUTHORITY,
*Defendant-Appellant.*

Washington County Circuit Court
24CN05225; A187394

Rebecca D. Guptill, Judge. (Judgments entered April 17, 2025)

Submitted February 13, 2026.

Dan Rayfield, Attorney General, Paul L. Smith, Interim Solicitor General, and Jose Garcia-Fuerte, Assistant Attorney General, filed the brief for appellants.

No appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Reversed. *Lopez v. Oregon State Hospital*, 342 Or App 190, 196-99, 575 P3d 1061 (2025).[1]

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel.